UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8277 WM

FILED BY ___SW___ D.C.

May 22, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

IN RE SEALED COMPLAINT
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/*Justin Chapman*
Justin Chapman
Assistant United States Attorney
FL Bar No. 85778
United States Attorney's Office
500 S. Australian Avenue #400
West Palm Beach, Florida 33401
(561) 398-8871
Justin.chapman4@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Bretsik, | ) Case No. 25-mj-8277 WM |
| | ) |
| *Defendant(s)* | ) |

FILED BY ____SW____ D.C.
May 22, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/11/2024 through 02/03/2024  in the county of  Palm Beach  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

STEVANY A SHAKARE
Digitally signed by STEVANY A SHAKARE
Date: 2025.05.22 10:51:13 -04'00'

*Complainant's signature*

Special Agent Stevany Shakare, HSI
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: May 22, 2025

*Judge's signature*

City and state:  West Palm Beach, FL   Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stevany Shakare, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), where I have been employed since June of 2022. Prior to joining HSI, I served as a federal agent with the United States Border Patrol for approximately five years. I am currently assigned to the Assistant Special Agent in Charge (ASAC) Office in West Palm Beach, Florida, within the Special Victims Group, which focuses on investigating crimes such as human trafficking and child exploitation. In my current role, I investigate crimes against children, including offenses involving the production, distribution, and possession of child sexual abuse material (CSAM), the online exploitation of minors, and other violations of Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422. I attended and received training from the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, as well as having received specialized training pertaining to crimes against children. Through my work, I have personally investigated individuals who have committed crimes against children, conducted interviews, executed search and arrest warrants, and analyzed digital evidence. Based on my training and experience, I am familiar with common methods and tactics offenders use to sexually exploit children online and conceal their activities.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

3. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. The information set forth in this affidavit is not intended

to detail all facts and circumstances of the investigation known by me or other law enforcement personnel. Rather, this affidavit serves solely to establish that there is probable cause to believe that Michael Edward **BRETSIK** (a/k/a "beezerracing3671" a/k/a "M B") violated 18 U.S.C. § 2252A(a)(2) (distribution of child pornography).

## BACKGROUND ON KIK[1]

4.      Kik Messenger, acquired by MediaLab in California in 2019, is a chat application for mobile devices in which users can send text messages, pictures, and videos to other users. Users can communicate directly with an individual or with multiple users in a group chat. When signing up for a Kik account, a user supplies an email address (which does not have to be verified), a unique username, and a display name that is seen when chatting with others. A user can also supply a phone number, date of birth and other information. In creating Kik accounts, users tend to not use their real names or date of birth and will create an email account only to use to verify the Kik account.

5.      Through my training and experience, I have identified that Kik is frequently used to facilitate, distribute, access, view, find and discuss child pornography. This is accomplished by individuals creating groups or finding other Kik users interested in child pornography. Child pornography is frequently shared within Kik by users posting the images or videos of child pornography directly to the group or providing a "link," which will direct the Kik user to various online storage facilities where the images and videos of child pornography are stored.

---

[1] MediaLab.Ai, Inc. produces a Kik Law Enforcement Guide that is publicly available online and describes material they maintain and can provide through the execution of lawful service. *See* https://lawenforcement.kik.com/hc/en-us/article_attachments/360050822711/Kik_Law_Enforcement_Guide.pdf. This guide and knowledge of other law enforcement operations has provided your affiants with the information being requested of MediaLab.Ai, Inc.'s Kik application in this application.

## STATUTORY AUTHORITY AND DEFINITIONS

  6. This investigation concerns alleged violations of 18 U.S.C. § 2252A relating to material involving child pornography.

    a. 18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

    b. "Child Pornography" includes any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction was a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256(8).

    c. "Sexually explicit conduct" applies to visual depictions that involve the use of a minor, *see* 18 U.S.C. § 2256(8)(A), or that have been created, adapted, or modified to appear to depict an identifiable minor, *see* 18 U.S.C. § 2256(8)(C). In those contexts, the term refers to actual or simulated (a) sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person. *See* 18 U.S.C. § 2256(2)(A).

## PROBABLE CAUSE

  7. On or about January 11, 2024, a Palm Beach County Sheriff's Detective and Homeland Security Task Force Officer acting in an undercover capacity (UC) was in a Kik chat

room entitled "T@booFunn" as a member of the room. The UC identified herself as 38-year-old female to the other members of the room. The members of this room posted, shared and received child pornography to include prepubescent children being raped and sodomized. The room contained more than fifty members. At all times that "T@booFunn" members commented and posted, the UC was in the Southern District of Florida.

8. That same day, a new member joined the room with username "beezerracing3671", whose icon was a black and yellow helmet, with screen name "M B." beezerracing3671's profile in Kik provided that he was a 52-year-old male from Michigan, had been on Kik 492 days, and had a telegram username @Beezerracing3671. Upon entering the room beezerracing3671 commented on pornography that had been posted by other users.

9. On or about January 12, 2024, after another room member posted a video of a child performing oral sex on an adult female, beezerracing3671 responded "yummy" and "she's teasing it." To a video of a prepubescent child being vaginally raped, beezerracing3671 responded, "So tight" and "that's a 30 second cum there." In response to a video of a toddler being orally penetrated, beezerracing3671 posted, "Make her squirm." beezerracing3671 then posted a video of a minor-aged female lying on her stomach as she was vaginally penetrated by an adult male wearing a condom. In response to a video of two prepubescent females laying on top of each other with their vaginas exposed and a male penis rubbing against one of the minor's vaginas, beezerracing3671posted "Wish that was my cock." On the same day, beezerracing3671 posted an image of children on a swing set, two of whom are naked from the waist down showing their pubic region for the camera. beezerracing3671 then posted a video of a minor-aged boy having sex with an adult female, followed by a photograph of a teenaged girl sitting naked. On or about January 12, 2024, at approximately 3:38pm EST, beezerracing3671 posted a photograph of an adult male's

erect penis sitting in front of what appeared to be a white desk. He commented that the content of the "T@booFunn" room was making him erect. beezerracing3671 then posted a photograph of what appeared to be the same penis in front of a digital tablet that showed a teenaged female holding a phone.

10. On or about January 13, 2024, around approximately 8:47 am, beezerracing3671 posted a video of a prepubescent child masturbating. At approximately 9:18 am, beezerracing3671 posted a video of a female performing oral sex on a prepubescent girl.

11. On or about January 15, 2024, again posted the same image he had posted on January 12, 2024, of children on a swing set, two of whom are naked from the waist down showing their pubic region for the camera.

12. The day before, the UC posted, "What re most people into here? Thinking about opening a room for likeminded people." Users responded for example, "I'm open to everything except beast and scat." Other users encouraged the creation of the new room. Sometime between January 15, 2024, and January 19, 2024, the UC created a Kik chat room entitled "Hush Haven Elite" (hereinafter HHE). Back in the "T@booFunn" room, the UC inquired as to who would have interest in entering the HHE room. For those members in the T@booFunn room who indicated they would want to join the HHE room, the UC sent an invitation through Kik to allow those particular users to enter the HHE room. The UC did not post any rules, regulations or other limitations in the HHE room, beezerracing3671 was sent the invitation.

13. On or about January 19, 2024, after having entered the HHE room, beezerracing3671 posted a video of a minor girl, approximately three to six years old, performing oral sex on an adult male penis who ejaculated in the child's mouth. Immediately thereafter, beezerracing3671 posted a video of an unknown-aged girl having sex with two men. When another

member posted a video of young-teenaged girl exposing her vagina for the camera, beezerracing3671 responded, "fuck" and "love to play with her". After another video of the same girl was posted in which she masturbated with a foreign object, beezerracing3671 responded, "Damn…want that."

14. On or about January 20, 2024, beginning at approximately 8:59 am, beezerracing3671 posted several child pornography files; a video of a young teenaged girl, approximately eleven to thirteen years old, masturbating with a brush, a photo of a naked prepubescent child, approximately six to eight years old, displaying her vagina and anus for the camera, and a video of prepubescent boy being masturbated by another person.

15. On or about January 21, 2024, beezerracing3671 posted a video of a prepubescent girl masturbating with a toothbrush, followed by a video of a closeup of a person spreading the vagina of a prepubescent child. On the same day, beezerracing3671 posted a video of a prepubescent girl sitting on top of an adult male as he pushes his penis inside her vagina. beezerracing3671 then commended "had to share this one". While other members joined the room that day, beezerracing3671 messaged, "Welcome new members".

16. On or about January 22, 2024, at approximately 7:16 am, beezerracing3671 messaged "Moring all," "how's it going," "waiting for the sexy ladies to wake up and play." beezerracing3671 then posted two videos and one image of what appears to be adult pornography, followed by images of clothed Hispanic children who appeared to be approximately seven to nine years old. beezerracing3671 then posted a video of a naked prepubescent girl kissing a naked adult female on the mouth and breast, the latter of whom then shows her vagina as the focus of the camera.  After approximately 2:49 pm, beezerracing3671 posted a picture of an adult female performing oral sex on a boy who appeared to be approximately ten to twelve years old, wearing

a baseball hat. beezerracing3671 also posted two other videos that the UC was unable to play to view.

17. On or about January 23, 2024, beezerracing3671 engaged in chat in the HHE room with the UC and identified he was in Michigan. At approximately 11:26 am, beezerracing3671 posted a video of a teenaged girl and an approximately eight-year-old boy, both of whom touch the boy's penis and the girl then performs oral sex on the boy. At approximately 4:03 pm, beezerracing3671 posted a photo of a prepubescent girl standing naked from the rear next to a laundry machine and messaged the room, "Anyone need their laundry done?" beezerracing3671 then posted a photograph of an approximately six-year-old naked girl sitting on a black chair with her legs spread showing her vagina for the camera and the comment "finishing up at the office". Before approximately 11:42 pm, beezerracing3671 sent a photo of an adult penis sticking out of a pair of pants. The caption immediately below the photo was, "camera."[2] At approximately 11:42 pm, beezerracing3671 posted a video which couldn't be played but the thumbnail is of a prepubescent girl licking a penis. beezerracing3671 then posted a different video which also couldn't be played with a thumbnail of another prepubescent girl performing oral sex on a penis.

18. On or about January 27, 2024, after approximately 9:00 am, beezerracing3671 messaged "good morning all." The UC responded in the room, "Morning MB!" beezerracing3671 then posted a video of two prepubescent girls kissing, gyrating their pelvic regions on top of each other, kissing each other's breasts, and one touches the vagina of the other over their clothing, followed by the statement, "a little morning pick me up for you Madison."

---

2 When Kik users take and send a new photo or video using the camera within the Kik application rather than an old/already-existing photo or video, the Kik application adds the word "Camera" under the photo or video that the Kik user sent. If a Kik user receives a photo or video from someone and it says "Camera" underneath it, the Kik user knows that the photo or video was just taken in real time. Kik users often request live photos or videos from one another to prove that the other user is a "real" person.

19.     On or about January 28, 2024, after approximately 11:21 am, beezerracing3671 posted a several-minute long video of a prepubescent girl engaging in oral sex with an adult's penis, which then ejaculates in the child's mouth. At approximately 6:40 pm, beezerracing3671 posted a photograph of a male standing naked from the waist down, evidencing an erect penis and appearing to be standing in a shower.

20.     On or about January 30, 2024, at approximately 8:05 pm, beezerracing3671 posted what appears to be a computer-generated image of three naked infant girls sitting on their knees on a bed. Later, beezerracing3671 posted a video of an adult male rubbing his penis against a prepubescent girl's vagina and then later attempting to ejaculate over the child.

21.     On or about February 3, 2024, at approximately 8:44 am, beezerracing3671 posted a photograph of what appeared to be a minor-aged girl naked from the waist down showing her vagina as the focus of the camera.

22.     During the course of the investigation, law enforcement was advised by the National Center for Missing and Exploited Children (NCMEC) CyberTip program that on August 28, 2023, Kik user beezerracing3671 uploaded a file to a user or users, that was identified as child exploitation material. After Kik reviewed the contents of the file, they provided the information to NCMEC who forwarded the same to the law enforcement. Kik provided the IP address the account used was 107.122.246.97 and the email on the account was mbretsik@gmail.com.

23.     On or about January 24, 2024, Kik responded to a subpoena for subscriber records for the account "beezerracing3671." The email address associated with the account was "mbretsik@gmail.com." Kik advised this email was unconfirmed by the user. The beezerracing3671 account utilized an iPhone when accessing this account. Kik provided IP logs from December 30, 2023, through January 28, 2024. The overwhelming majority of IP address

used was 68.36.232.103.

24.     A subpoena return from Comcast on February 19, 2024, for IP address 68.36.232.103 identified the subscriber and billing party as Michael Bretsik of 961 Kenneth Ct., Howell, MI 48843-8058. Comcast provided the phone number associated with this subscriber is 313-980-0117.

25.     Google responded to a subpoena for subscriber information related to mbretsik@gmail.com. Google records indicated that the account was created on December 25, 2011. The account had a recovery email of mbretsik@hotmail.com as well as the same phone number identified by Comcast: 313-980-0117. Most of the IP logs captured by Google when the account was accessed were IPv6 IP logs and not identifiable by internet service providers to a specific account as they act as a range of IP addresses. However, Google did provide that on September 17, 2023, and October 15, 2023, the mbretsik@gmail.com account connected from IP address 68.36.232.103, the same as in the Kik records.

26.     Michael Bretsik has been identified as a fifty-four-year-old white male from Howell, Michigan. His date of birth is March 6, 1971, which appears to be the same "3671" digits in the beezerracing3671 Kik account.

27.     In May of 2025, a public search of Facebook for BRETSIK revealed his account which contained the following:

    a. The profile name "Mike Bretsik;"

    b. The cover photo of a male and a female; the male matching BRETSIK's physical description as per Michigan Driver License photo, US Passport photo, and as per surveillance conducted.

    c. The profile list BRETSIK's occupation as a "Sr. Account Manager for the ZF

        Group", "a global technology company supplying advanced mobility products and systems for passenger cars, commercial vehicles and industrial technology"

    d. The profile lists he currently lives in Howell, Michigan.

    e. The profile shows his current relationship status as being married to "W**** G**** B****".

28. The residence at 961 Kenneth Ct., Howell, MI is co-owned by Bretsik and his wife, W**** L. This address is in the Eastern District of Michigan.

29. BRETSIK also has a Michigan driver's license (B632603189172), most recently issued on February 2, 2025, which shows his current address as 961 Kenneth Ct., Howell, Michigan 48843.

30. On April 27, 2025, HSI Detroit Special Agent (SA) R. Galbreath conducted surveillance on 961 Kenneth Ct., Howell, MI 48843. During the surveillance, SA Galbreath observed a white male who appeared to be doing yard work at the house; this white male's appearance matched that of Michael Bretsik. Additionally, a dark colored/maroon minivan bearing Michigan license plate 6072M2 and a white Honda Sports Utility Vehicle (SUV) bearing Michigan license plate EVG5354 were observed parked on the side of the driveway. Also observed parked in the driveway was a gray colored SUV which appeared to be a Ford Edge, the license plate number could not be read. Michigan license plate 6072M2 returned on a 2021 Chrysler Voyager registered to Michael Edward Bretsik at 961 Kenneth Ct. Howell, MI 48843. Michigan license plate EVG5354 returned on a 2021 Honda Passport registered to W**** L**** B**** at 961 Kenneth Ct. Howell, MI 48843.

31. On or about May 3, 2025, HSI West Palm Beach SA S. Shakare conducted a brief

surveillance at 961 Kenneth Ct., Howell, Michigan 48843. SA Shakare observed two vehicles parked in the driveway, a gray Ford Edge (Michigan Plate 1MMN64) and a black ford pickup truck (unable to read plate). Michigan plate 1MMN64 for the Ford Edge comes back registered to W**** L**** M**** and G**** M**** G**** at 961 Kenneth Ct., Howell, Michigan 48843. W**** L**** M**** is believed to be W**** L**** B****, Michael Bretsik's wife.

## CONCLUSION

32.  Based on the foregoing, I respectfully submit there is probable cause to believe that Michael Edward **BRETSIK** (a/k/a "beezerracing3671" a/k/a "M B") committed the offense of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2).

Respectfully submitted,

STEVANY A SHAKARE
Digitally signed by STEVANY A SHAKARE
Date: 2025.05.22 10:52:24 -04'00'

Stevany Shakare
Special Agent
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1. on May  22nd , 2025.

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE