UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **25-mj-8277 WM**

IN RE:

**SEALED CRIMINAL COMPLAINT**
_____/

FILED BY **SW** D.C.

**May 28, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**MOTION TO UNSEAL**

The United States of America moves for an order unsealing the complaint and arrest warrant in the above-captioned case. The motion to seal these materials was based on the premise that premature notice could potentially cause destruction of evidence, intimidation of witnesses, and targets of the investigation fleeing from the jurisdiction. Now that the Defendant has been arrested, no reason exists to maintain the confidentiality of the complaint and arrest warrant. Accordingly, the government hereby moves the Court for an order to unseal the complaint and arrest warrant.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY:   *Justin Chapman*_____
JUSTIN CHAPMAN
Assistant United States Attorney
FL Bar No. 85778
United States Attorney's Office
500 S. Australian A venue #400
West Palm Beach, Florida 33401
(561) 398-8871
Justin.chapman4@usdoj.gov